UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIEL FLORES,    Plaintiff,

THE CITY OF NEW YORK, et. al.                    08 CV 03254 (AKH)

Defendants.

---

## AFFIDAVIT OF SERVICE

Khashawn Edward being duly sworn, deposes and says

I am over 18 years of age and am not a party to this action.

That on **4/1/08**, at approximately **3:30** a.m. / **p.m.** at **100 Church St, NY, NY, 10007**, I served a **Summons and Complaint** upon **The City of New York**, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit **Tamekia Mendes-Gammon**

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: **Female**    Race: **Black**    Hair: **Black**    Approx. Age: **26**
Approx. Ht.: **5.6**         Approx. Wt.: **120**

Dated: New York, New York
April **7th**, 2008                    By: _Khashawn Edwards_

Sworn to before me on
the **7th** day of April, 2008

_Notary Public_

SUSAN V. TIPOGRAPH
Notary Public, State of New York
No: 02TI5056931
Qualified in New York County  Kings
Commission Expires: 8-21-2010