UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIEL FLORES,    Plaintiff,

THE CITY OF NEW YORK, et. al.    08 CV 03254 (AKH)

Defendants.

---

### AFFIDAVIT OF SERVICE

Lauren Giaccone, being duly sworn, deposes and says

I am over 18 years of age and am not a party to this action.

That on April 18th 2008, at approximately 11:10 a.m./p.m., at 1 Police Plaza, I served a **Summons and Amended Complaint** upon Det. David Wasner, defendant therein named, by delivering and leaving a true copy of the **Summons and Amended Complaint** with a person of suitable age and discretion, to wit Stella Aliev.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: Female    Race: Caucasian    Hair: Brown    Approx. Age: 30
Approx. Ht.: 5'6"              Approx. Wt.: 130 lbs

That on _____, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to _____, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:      New York, New York
         ~~April~~ 2, 2008
         May

By: _____

Sworn to before me on May
the 2nd day of ~~April,~~ 2008

_____
Notary Public

Bruce A. Yerman
Notary Public, State of New York
No. 02YE5051510
Qualified in Nassau County
Commission Expires 12/20/2009

NYS DC
2029472121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ARIEL FLORES,    Plaintiff,

THE CITY OF NEW YORK, et. al.                              08 CV 03254 (AKH)

         Defendants.
_____

## DECLARATION OF SERVICE

I, David B. Rankin, declare, pursuant to 28 U.S.C. § 1746, as follows:

That on __4/18/08__, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to __Det. Warner__, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
        May __4__, 2008

                                         By: _____
                                              David B. Rankin