UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIEL FLORES,                                              **AFFIDAVIT OF SERVICE**

                Plaintiff,

                                  08 Civ. 03254 (AKH)

-versus-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT ("NYPD") DETECTIVE
DAVID WARNER, SHIELD 04582; NYPD
OFFICER JOSE RIVERA, SHIELD 07107;
And NYPD SGT. ROBERT RODRIGUEZ, TAX # 913800;
DETECTIVE DAVID LOMBARDI, SHIELD 07414; DETECTIVE
ROBERT SANTOS, SHIELD 01604; DETECTIVE THOMAS
GARCIA, SHIELD 07403; DETECTIVE BRIAN RANAGHAN,
SHIELD 07377; DETECTIVE SALVATOR CANTO, SHIELD
03640; DETECTIVE ANTHONY RICEVUTO, SHIELD 7422;
UNDERCOVER OFFICER 352; UNDERCOVER OFFICER 2454.

                Defendants.

---

    Mark Taylor being duly sworn deposes and says;

I am over 18 years of age and am not a party to this action.

That on __8.6.08__, at approximately __2:25__ a.m./(p.m), at __One Police Plaza -Legal Affairs__, I served a **Summons, Complaint, and Amended Complaint** upon __Edward Rodriguez__, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, to wit __Lisa Moore__.

    Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex: __F__   Race: __Black__   Hair: __Black__   Approx Age: __30__
Approx. Height: __5' 1"__   Approx Weight: __~~130~~ 120 lbs__

That on __8/6/08__, declarant mailed another true copy of the **Summons, Complaint, and Amended Complaint** by first class mail properly enclosed an sealed in a postpaid wrapper addressed to __One Mike Plaza - Legal Affairs, NY, NY 10038__, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         Aug. 8th, 2008

By: _____
    Mark Taylor

Sworn to before me on
August 8th, 2008

_____
Notary Public

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18 2009