UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ARIEL FLORES,

                Plaintiff,

  -versus-

THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") DETECTIVE DAVID WARNER, SHIELD 04582; NYPD OFFICER JOSE RIVERA, SHIELD 07107; And NYPD SGT. ROBERT RODRIGUEZ, TAX # 913800; DETECTIVE DAVID LOMBARDI, SHIELD 07414; DETECTIVE ROBERT SANTOS, SHIELD 01604; DETECTIVE THOMAS GARCIA, SHIELD 07403; DETECTIVE BRIAN RANAGHAN, SHIELD 07377; DETECTIVE SALVATOR CANTO, SHIELD 03640; DETECTIVE ANTHONY RICEVUTO, SHIELD 7422; UNDERCOVER OFFICER 352; UNDERCOVER OFFICER 2454,

                Defendents.
---

**AFFIDAVIT OF SERVICE**

08 Civ. 03254 (AKH)

Mark Taylor being duly sworn deposes and says;

I am over 18 years of age and am not a party to this action.

That on __8/6/08__, at approximately __2:25__ a.m./p.m., at __One Police Plaza- Legal Affairs__, I served a **Summons, Complaint, and Amended Complaint** upon __Jose Rivera__, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, to wit __Lisa Moore__.

    Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex: _F._   Race: _Bl_   Hair: _Bl._   Approx Age: _30_
Approx. Height: _5'1"_   Approx Weight: _120 lbs_

That on _8/6/08_, declarant mailed another true copy of the **Summons, Complaint, and Amended Complaint** by first class mail properly enclosed an sealed in a postpaid wrapper addressed to _One Police Plaza - Legal Affairs, N,NY_ his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         AUG 0 8 2008 ____, 2008

By: _____
    Mark Taylor

Sworn to before me on
_August 8th_, 2008

_____
Notary Public

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18 _2009_

2