UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIEL FLORES,                                    **AFFIDAVIT OF SERVICE**

                Plaintiff,

                                            08 Civ. 03254 (AKH)

    -versus-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT ("NYPD") DETECTIVE
DAVID WARNER, SHIELD 04582; NYPD
OFFICER JOSE RIVERA, SHIELD 07107;
And NYPD SGT. ROBERT RODRIGUEZ, TAX # 913800;
DETECTIVE DAVID LOMBARDI, SHIELD 07414; DETECTIVE
ROBERT SANTOS, SHIELD 01604; DETECTIVE THOMAS
GARCIA, SHIELD 07403; DETECTIVE BRIAN RANAGHAN,
SHIELD 07377; DETECTIVE SALVATOR CANTO, SHIELD
03640; DETECTIVE ANTHONY RICEVUTO, SHIELD 7422;
UNDERCOVER OFFICER 352; UNDERCOVER OFFICER 2454,

                Defendents.

---

Mark Taylor being duly sworn deposes and says:

I am over 18 years of age and am not a party to this action.

That on _8/6/08_, at approximately _2:10_ a.m/(p.m)., at _One Police Plaza_, I served a **Summons, and Amended Complaint** upon _Undercover Officer 352_, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, to wit _Detective Conception_.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex: _M_    Race: _Black_    Hair: _Black_    Approx Age: _30_
Approx. Height: _6'3"_    Approx Weight: _200 lbs_

That on _8/6/08_, declarant mailed another true copy of the **Summonsand Amended Complaint** by first class mail properly enclosed an sealed in a postpaid wrapper addressed to _Undercover Officer #352, One Police Plaza_, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York
          _Aug. 5th_, 2008

By: _____
    Mark Taylor

Sworn to before me on
_August 5th_, 2008

_Jasmine J. Vaden_
Notary Public

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18 _2009_

2