UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIEL FLORES,

                Plaintiff,

-versus-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT ("NYPD") DETECTIVE
DAVID WARNER, SHIELD 04582; NYPD
OFFICER JOSE RIVERA, SHIELD 07107;
And NYPD SGT. ROBERT RODRIGUEZ, TAX # 913800;
DETECTIVE DAVID LOMBARDI, SHIELD 07414; DETECTIVE
ROBERT SANTOS, SHIELD 01604; DETECTIVE THOMAS
GARCIA, SHIELD 07403; DETECTIVE BRIAN RANAGHAN,
SHIELD 07377; DETECTIVE SALVATOR CANTO, SHIELD
03640; DETECTIVE ANTHONY RICEVUTO, SHIELD 7422;
UNDERCOVER OFFICER 352; UNDERCOVER OFFICER 2454,

                Defendents.

---

**AFFIDAVIT OF SERVICE**

**08 Civ. 03254 (AKH)**

Mark Taylor being duly sworn deposes and says;

I am over 18 years of age and am not a party to this action.

That on __8.6.08__, at approximately __2:10__ a.m./p.m., at __One Police Plaza room 1100__, I served a **Summons, and Amended Complaint** upon __Undercover Officer # 2454__, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, to wit __Detective Concepion__.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex: __M__    Race: __Black__    Hair: __Black__    Approx Age: __30__

Approx. Height: __6'3"__    Approx Weight: __200 lbs.__

That on __8.6.8__, declarant mailed another true copy of the **Summons and Amended Complaint** by first class mail properly enclosed an sealed in a postpaid wrapper addressed to __One Police Plaza Room 1100, NY, NY 10038__, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York

_Aug. 8th_, 2008

By: _[signature]_
Mark Taylor

Sworn to before me on

_August 8th_, 2008

_[signature] Jasmine J. Vaden_
Notary Public

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18, 2009